UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
PATRICIA ROSELLO,　　　　　　　　　　　　　Case No. 11-30713-AJC
　　Debtor
_____/　　　　　　　Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this 17TH day of August 2011 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:*/s/Robert Sanchez*_____
　　Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

Household Finance Corporation III
CT Corporation System, R.A.
1200 South Pine Island Road
Plantation, FL 33324

Household Finance Corporation III
CEO: Michael Geagheon PO BOX 3425
Buffalo NY, 14240-9733

HSBC Mortgage Services, Inc.
c/o CT Corporation System, RA
1200 S. Pine Island Road
Plantation, FL 33324

HSBC Mortgage Corporation, Inc.
c/o Niall Booker, CEO
2929 Walden Avenue
Depew, NY 14043

HSBC Finance Corporation
c/o Niall Booker, CEO
26525 N. Riverwoods Blvd.
Mettawa, IL 60045

Household Finance Corporation III
c/o CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604