**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-30713-AJC**

☐ _____1st_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Patricia Rosello                           CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-4416                Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.   $ 183.06  for months  1  to  60 ;
    B.   $_____ for months _____ to _____;
    C.   $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee  $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                      TOTAL PAID    $2,000.00
                      Balance Due    $ 2,250.00  payable $ 125.00  month (Months  1  to  18 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a                                       Arrearage on Petition Date $ _____
Address _____              Arrears Payment $_____/month (Months____ to ___)
        _____              Arrears Payment $_____/month (Months____ to ___)
        _____              Regular Payment $_____/month (Months____ to ___)

2. _____           Arrears Payment $_____
   _____           Arrears Payment $_____/month (Months____ to ___)
   _____           Regular Payment $_____/month (Months____ to ___)
                                             Arrears Payment $_____/month (Months____ to ___)

      **IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| HFC-USA (2nd mortgage) Loan No. 17850322 Prop Add: 300 Hialeah Dr Hialeah, FL 33010 | Homestead Property $190,000.00 | 0% | N/A | N/A | N/A |
|  |  | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____           Total Due $_____
                                       Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 39.76  month (Months  1  to  18  ). Pay $164.76/mo (Mos 19 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor is paying HFC-USA (Loan#16591794) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under the penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 11/07/11