

**ORDERED in the Southern District of Florida on March 1, 2012.**

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                        Case No. 11-30713-AJC
PATRICIA ROSELLO,                             Chapter 13
         Debtor.
_____/

## ORDER SUSTAINING  OBJECTION TO CLAIM OF HOUSEHOLD FINANCE CORP III (CLAIM #7-1)

**THIS MATTER** having come to be heard on this 21ST day of February 2012, upon Debtors' Objection to Claim of Household Finance Corp III (claim #7-1) and the Judge having heard argument of debtor; counsel and being fully advised on the premises, IT IS;

**ORDERED AND ADJUDGED:**

1.    The claim of Household Finance Corp III (claim #7-1) is SUSTAINED.

2.    The claim of Household Finance Corp III (claim #7-1) is STRICKEN.

# # #

This order prepared by:
Robert Sanchez, Esq.
900 W 49th St., Suite 500
Hialeah, FL  33012
Tel. 305-687-8008

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.